# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Marie Agee,**

    **Plaintiff,**

    v.                                           Case No. 2:19–cv–5399

**Commissioner of Social Security,**     Judge Michael H. Watson

    **Defendant.**                          Magistrate Judge Jolson

## ORDER

On July 17, 2020, United States Magistrate Judge Jolson issued a Report and Recommendation ("R&R"), ECF No. 12, concerning the denial of Marie Agee's ("Plaintiff") application for supplemental security income. The R&R recommended overruling Plaintiff's statement of errors and entering judgment in favor of the Commissioner of Social Security ("Commissioner").

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). R&R 15–16, ECF No. 12. The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* at 16. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Plaintiff's statement of errors is **OVERRULED**, and the Clerk shall enter final judgment in favor of the Commissioner.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**